IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mark R. Russell, | : | |
|     Plaintiff | : | Civil Action 2:05-cv-660 |
| v. | : | Judge Smith |
| Sgt. Brian Reigal, | : | Magistrate Judge Abel |
|     Defendant | : | |

## Order

Plaintiff Mark R. Russell, an inmate at Ross Correctional Institution, brings this prisoner civil rights action under 42 U.S.C. §1983. This matter is before the Court on Magistrate Judge Abel's July 5, 2005 Report and Recommendation on initial screening of the complaint pursuant to 28 U.S.C. §1915A(a) and (b) and 42 U.S.C. §1997e(c) that the complaint be dismissed for failure to state a claim under 42 U.S.C. § 1983.

No objections have been filed. Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for defendant. This action is hereby **DISMISSED.**

    /S/ George C. Smith
George C. Smith
United States District Judge